AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 10/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/12 | ▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/23-3/25/2012 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE OTHER THAN CREDIT CARDS WHICH ARE PAID IN FULL MONTHLY. | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ABBOTT LABS | B | Dividend | L | T | | | | | |
| 2.  AMERICAN CAPITAL AGENCY | C | Dividend | K | T | Buy | 02/07/12 | J | | |
| 3.  AMERITRADE | A | Interest | J | T | | | | | |
| 4.  ANNALY CAPITAL MGMT. | B | Distribution | K | T | | | | | |
| 5.  ANWORTH MORTGAGE ASSET | B | Dividend | K | T | Buy (add'l) | 06/07/12 | J | | |
| 6.  AT&T | A | Dividend | K | T | | | | | |
| 7.  AVATAR VENTURES | A | Dividend | J | T | | | | | |
| 8.  BAIDU INC. | | None | L | T | Buy | 01/03/12 | L | | |
| 9.  BARRICK GOLD CORP. (X) | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 10. BB&T CORP. | C | Dividend | M | T | | | | | |
| 11. BB&T CAPITAL TRUST | C | Interest | | | Sold | 07/09/12 | J | | loss |
| 12. BANK OF AMERICA | A | Dividend | K | T | Buy | 09/17/12 | J | | |
| 13. BANK OF AMERICA PREFERRED | B | Dividend | K | T | | | | | |
| 14. BBVA BANCO FRANCES | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 15. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | | | | | held in Merrill Lynch IRA |
| 16. BLACK ROCK NAT.BASIC EQUITY | A | Dividend | K | T | | | | | held in Merrill Lynch IRA |
| 17. BLACK ROCK PACIFIC NAT, ETC. | A | Dividend | K | T | | | | | held in Merrill Lynch IRA |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CALUMET SPEC. | C | Distribution | K | T | | | | | |
| 19. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | |
| 20. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 21. CELLCOM ISRAEL, LTD. (X) | | None | J | T | Buy | 08/06/12 | J | | |
| 22. CENTURY LINK, fmly CENTURY TELE, INC. | C | Dividend | L | T | | | | | |
| 23. | C | Distribution | L | W | | | | | |
| 24. CHESAPEAKE ENERGY | A | Dividend | K | T | Buy | 08/23/12 | J | | |
| 25. CHESAPEAKE ENERGY | A | Dividend | | | Sold (part) | 11/09/12 | K | | loss |
| 26. CHIMERA INVESTMENT | B | Distribution | J | T | Buy | 06/19/12 | J | | |
| 27. CHINA MOBILE | B | Dividend | J | T | | | | | |
| 28. CISCO SYSTEMS | A | Dividend | K | T | | | | | |
| 29. CITIGROUP PREFERRED (Converted to Citigroup Common Stock) | B | Dividend | | | Closed | 09/17/12 | J | | Converted to Common Stock |
| 30. CITIGROUP COMMON STOCK (Converted from Preferred Stock) | | None | L | T | Open | 09/17/12 | J | | Converted from Preferred |
| 31. CLEVELAND CLIFFS, name changed to CLIFFS NATURAL RESOURCES | B | Dividend | K | T | Buy | 07/19/12 | K | | |
| 32. CONOCO-PHILLIPS | C | Dividend | L | T | | | | | |
| 33. CONSTELLATION ENERGY GROUP | A | Dividend | K | T | | | | | |
| 34. CORNERSTONE PROGRESSIVE (X) | B | Dividend | J | T | Buy | 05/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CORNING | A | Dividend | J | T | | | | | |
| 36. CSX CORP. | B | Dividend | L | T | | | | | |
| 37. DELUXE CORP. (X) | | None | J | T | Buy | 11/26/12 | J | | |
| 38. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 39. DIEBOLD | A | Dividend | K | T | | | | | |
| 40. | E | Interest | N | W | | | | | |
| 41. DOLLAR TREE STORES | A | Dividend | | | Sold | 10/19/12 | L | F | |
| 42. | | None | L | W | | | | | |
| 43. | E | Dividend | M | W | | | | | |
| 44. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 45. DUPONT | C | Dividend | L | T | | | | | |
| 46. EATON VANCE (Mutual Fund SunTrust Investment) (X) | A | Dividend | K | T | | | | | Mutual Fund with SunTrust |
| 47. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 48. EL PASO | A | Dividend | | | Sold | 05/04/12 | J | D | |
| 49. | | None | M | W | | | | | |
| 50. EMERSON ELECTRIC | B | Dividend | K | T | Buy | 08/20/12 | J | | Merrill Lynch/ pers.IRA |
| 51. ENVEST, II | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 53. EXELIS, INC. | A | Dividend | J | T | | | | | spinoff from ITT |
| 54. XYLEM, INC. (Corrected EXELYEM) | B | None | J | T | | | | | spinoff from ITT |
| 55. EXELON CORP. (X) | B | Dividend | K | T | Buy | 01/03/12 | K | | |
| 56. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 57. EWZ-I SHARES BRAZIL | B | Dividend | L | T | | | | | |
| 58. ENTERPRISE PRODUCTS | C | Distribution | K | T | | | | | |
| 59. FAIRFIELD ASSOCIATES | C | Distribution | K | T | | | | | |
| 60. ▨ | C | Rent | N | W | | | | | Emporia, VA |
| 61. FIRST ABERDEEN AUSTRALIA FUND | A | Dividend | J | T | | | | | |
| 62. GAMBELLI TRUST (X) | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 63. GOLDMAN SACHS | B | Dividend | L | T | Buy | 08/22/12 | K | | |
| 64. GOOGLE | A | Dividend | K | T | | | | | |
| 65. GREAT NORTHERN IRON ORE | B | Rent | J | U | Buy | 10/15/12 | J | | Reduction of capital |
| 66. GREATER CHINA FUND | A | Dividend | M | T | | | | | |
| 67. GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 68. HAWAIIAN HOLDINGS, INC. (X) | A | Dividend | J | T | Buy | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HERBAL LIFE (X) | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 70. HOST HOTELS & RESORTS | A | Dividend | J | T | | | | | |
| 71. ▨▨▨ | C | Distribution | L | W | | | | | |
| 72. IEC ELECTRICS CORP. (X) | | None | J | T | Buy | 07/19/12 | J | | |
| 73. INGERSOLL RAND | A | Dividend | K | T | | | | | |
| 74. INTEL CORP. | A | Dividend | K | T | | | | | |
| 75. INVESCO | A | Dividend | K | T | Buy | 02/21/12 | K | | |
| 76. INVESCO. MORTG. CAPITAL (X) | B | Dividend | J | T | Buy | 03/06/12 | K | | |
| 77. ITT CORPORATION (X) | A | Dividend | | | Sold | 09/05/12 | J | | loss. See Part VIII |
| 78. ITT INDUSTRIES | A | Dividend | | | Merged (with line 53) | | | | Converted to Exelis |
| 79. ITT INDUSTRIES | A | Dividend | | | Merged (with line 54) | | | | Converted to Xylem |
| 80. JERUSALEM FARM | | None | M | W | | | | | |
| 81. KEYCORP CAPX | A | Distribution | | | Sold | 07/12/12 | K | C | |
| 82. KINDER MORGAN ENERGY PRTNR | C | Distribution | L | T | | | | | |
| 83. KINDER MORGAN, INC. (X) | A | Dividend | J | T | | | | | |
| 84. KKR FINANCIAL | A | Distribution | J | T | | | | | |
| 85. LAKEWOOD PLAZA | E | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LE GAGA | | None | | | Sold | 09/06/12 | J | | loss |
| 87. LIHUA INTERNATIONAL INC. (X) | | None | J | T | Buy | 7/19/12 | J | | |
| 88. LUK OIL (X) | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 89. MAIN STREET CAPITAL | C | Dividend | K | T | | | | | |
| 90. McMINN PLAZA | B | Distribution | | | Sold | 07/02/12 | J | | loss |
| 91. MERCK | A | Dividend | K | T | | | | | |
| 92. MICROSOFT | A | Dividend | K | T | | | | | |
| 93. MIND CTI LTD. | A | Dividend | J | T | | | | | |
| 94. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | |
| 95. MOTOROLA MOBILITY | A | Distribution | | | Sold | 05/22/12 | J | C | |
| 96. MOTOROLA SOLUTIONS | A | Dividend | J | T | | | | | |
| 97. NAVIOS MARITIME PTNRS | B | Dividend | J | T | | | | | |
| 98. NISKA PTRNERS | B | Distribution | | | Sold | 10/25/12 | K | | loss |
| 99. NVIDIA CORP. | A | Dividend | K | T | | | | | |
| 100. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 101. OISA | A | Dividend | J | T | Spinoff (from line 130) | | | | Spinoff of Telenorte Leste |
| 102. OISA B | A | Dividend | J | T | Spinoff (from line 130) | | | | Spinoff of Telenorte Leste |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ONEOK PARTNERS | D | Distribution | L | T | | | | | |
| 104. ON SEMICONDUCTOR | | None | | | Sold | 12/03/12 | J | | loss |
| 105. PATRICK INDUSTRIES (X) | | None | J | T | Buy | 07/19/12 | J | | |
| 106. PENN VA. RESOURCE (now PVR PARTNERS) | C | Distribution | K | T | | | | | |
| 107. PERION NETWORK (now Incredimail) | | None | J | T | | | | | |
| 108. PETRO LE BARASILIEROSA | A | Dividend | K | T | | | | | |
| 109. PHILLIPS 66 (X) | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 110. ▓▓▓▓▓▓▓ | A | Distribution | K | W | | | | | |
| 111. PLAINS ALL AMERICAN PIPELINE | C | Distribution | L | T | | | | | |
| 112. ▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 113. ▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 114. ▓▓▓▓▓▓▓ | A | Rent | M | W | | | | | |
| 115. PROSHARES TRUST II | | None | K | T | Buy | 06/20/12 | K | | No Returns |
| 116. RAYONIER | B | Dividend | K | T | | | | | |
| 117. RESERVE PETROLEUM (X) | A | Dividend | J | T | | | | | |
| 118. ROCHE HOLDINGS CORP. (X) | A | Dividend | J | T | Buy | 03/08/12 | J | | |
| 119. ROYAL DUTCH PETROLEUM | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  SANOFI | | None | K | T | | | | | |
| 121.  SASOL LTD. (X) | | None | J | T | Buy | 12/06/12 | J | | |
| 122.  ▮▮▮▮▮▮▮ | | Distribution | J | W | | | | | |
| 123.  STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 124.  SUBURBAN PROPANE PARTNERS | C | Distribution | K | T | | | | | |
| 125.  SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 126.  SUNTRUST | A | Dividend | L | T | | | | | |
| 127.  SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 128.  TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 129.  TANDY LEATHER FACTORY (X) | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 130.  TELENORTE LESTE (became OIBRC & OIBR) (Y) | | | | | | | | | Spinoff into OISA & OISA |
| 131.  OIBRC, Now OISA | A | Dividend | J | T | Spinoff (from line 130) | | | | |
| 132.  OIBR, Now OISA B | A | Dividend | J | T | Spinoff (from line 130) | | | | |
| 133.  TEXTRON | A | Dividend | | | Sold | | L | E | Sold 11/28/11 |
| 134.  THE RESERVE PETROLEUM CO. | | None | J | T | | | | | |
| 135.  TOWNEBANK | D | Dividend | M | T | | | | | |
| 136.  TOWNEBANK CONVERTIBLE 8% preferred stock | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TRANSPORTADORA | | None | J | T | | | | | |
| 138. | A | Dividend | | | Sold | 09/17/12 | J | | loss |
| 139. UBS Financial - money market | A | Interest | J | T | | | | | |
| 140. WEDMORE PLACE | | None | J | W | | | | | |
| 141. WELLS FARGO | B | Dividend | L | T | | | | | |
| 142. WESTERN ASSET MGMT. CORP. (X) | | None | J | T | Buy | 12/19/12 | J | | |
| 143. WHITING U.S. TRUST I (X) | | None | J | T | Buy | 06/19/12 | J | | |
| 144. WORLD ACCEPTANCE GRP | | None | | | Sold | 03/01/12 | L | F | |
| 145. | A | Distribution | N | W | | | | | |
| 146. WINDSTREAM CORP. | A | Dividend | J | T | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. Air Products Chem. | A | Dividend | J | T | | | | | |
| 151. Alexandria, Va. Const. Pub. | B | Interest | K | T | | | | | |
| 152. Altria Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Amazon | A | Dividend | J | T | | | | | |
| 154. American Electric Power | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 155. American Waterworks Co. | A | Distribution | J | T | | | | | |
| 156. Apache | A | Dividend | J | T | | | | | |
| 157. AT&T | A | Dividend | J | T | | | | | |
| 158. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 159. BB&T | B | Dividend | L | T | | | | | |
| 160. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 161. Baidu | | None | J | T | | | | | |
| 162. Baxter Intern. | A | Dividend | K | T | | | | | |
| 163. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 164. Boeing | A | Dividend | J | T | | | | | |
| 165. Bristol Myers Squibb (Y) | | | | | | | | | |
| 166. CBS Corp. | A | Dividend | J | T | | | | | |
| 167. CMA Tax Exempts Bonds | B | Interest | K | T | | | | | |
| 168. Cabot Oil & Gas | A | Dividend | | | Sold | 03/28/12 | J | B | |
| 169. Celegene Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. China Growth Fund | A | Distribution | J | T | | | | | |
| 171. Cnook, Ltd. | A | Dividend | J | T | | | | | |
| 172. Chevron | A | Dividend | J | T | | | | | |
| 173. Coca-Cola | A | Dividend | J | T | | | | | |
| 174. Comcast | A | Dividend | J | T | | | | | |
| 175. Com. Bankers Trust, formerly Essex Bank | | None | K | T | | | | | |
| 176. Costco Wholesale | A | Dividend | J | T | | | | | |
| 177. CVS CAREMARK CORP. | A | Dividend | J | T | | | | | |
| 178. Morgan-Stanley Dean Witter Trust Premium Income Trust (S) | C | Dividend | J | T | | | | | |
| 179. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 180. Dentsply Int. | A | Dividend | J | T | | | | | |
| 181. Diageo PLC | A | Dividend | K | T | | | | | |
| 182. Diversified Investment Group (Investment Club) CLOSED | A | Dividend | | | Sold | 02/01/12 | K | D | Closed. See line 242 |
| 183. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | | | | | |
| 184. Emerson Electric | A | Dividend | J | T | | | | | |
| 185. Endo Pharma. Holdings | A | Dividend | J | T | | | | | |
| 186. Exxon Mobil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Fairmont Comm., now Fairpoint Comm. | A | Dividend | J | T | | | | | |
| 188. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 189. General Mills | A | Dividend | J | T | | | | | |
| 190. Genuine Parts Co. | A | Dividend | | | Sold | 03/28/12 | J | D | |
| 191. Goldman Sachs | A | Dividend | J | T | | | | | |
| 192. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 193. Hewlett Packard | A | Dividend | | | Sold | 12/31/12 | J | | loss |
| 194. Home Depot | A | Dividend | K | T | | | | | |
| 195. IBM | A | Dividend | | | Sold | 07/13/12 | J | C | |
| 196. Illinois Tool Works, Inc. (X) | A | Dividend | J | T | | | | | |
| 197. Intel Corp. (X) | A | Dividend | J | T | | | | | |
| 198. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 199. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 200. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 201. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 202. Kellogg | A | Dividend | J | T | | | | | |
| 203. Life Ptnrs Holding | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  McDonalds | A | Dividend | K | T | | | | | |
| 205.  Marathon Oil Corp. (X) | A | Dividend | J | T | | | | | Not with asset line 242 |
| 206.  Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 207.  ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 208.  ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 209.  Medtronic | A | Dividend | | | Sold | 12/31/12 | K | | loss |
| 210.  Merck and Co. Inc. Shs. | B | Dividend | K | T | | | | | |
| 211.  Microsoft | A | Dividend | K | T | | | | | |
| 212.  Monsanto Co. New Del Com | A | Dividend | J | T | | | | | |
| 213.  Mosaic Co. | A | Dividend | J | T | | | | | |
| 214.  Norfolk Southern | A | Dividend | K | T | | | | | |
| 215.  Northeast Utilities Com. (X) | A | Dividend | J | T | | | | | |
| 216.  Nuvasive, Inc. | A | Dividend | J | T | | | | | |
| 217.  Oracle | A | Distribution | J | T | | | | | |
| 218.  Patterson | A | Dividend | J | T | | | | | |
| 219.  Petrelo | A | Dividend | | | Sold | 12/31/12 | J | | loss |
| 220.  Pfizer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Phillip Morris | A | Dividend | J | T | | | | | |
| 222. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 223. Schlumberger | A | Dividend | K | T | | | | | |
| 224. Stercycle | A | Dividend | J | T | | | | | |
| 225. Tesco | A | Dividend | K | T | | | | | |
| 226. TowneBank Checking & Savings (X) | A | Interest | J | T | | | | | Not with asset line 242 |
| 227. United Techs Corp. | A | Dividend | K | T | | | | | |
| 228. USTIhc | A | Dividend | K | T | | | | | |
| 229. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 230. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 231. VA State Res. Auth. | B | Interest | K | T | | | | | |
| 232. VF Corp. | A | Dividend | J | T | | | | | |
| 233. Verizon Comm. | A | Dividend | K | T | | | | | |
| 234. Vodafone | A | Dividend | J | T | | | | | |
| 235. Walgreen Co. | A | Dividend | J | T | | | | | |
| 236. Westar Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 237. Whole Foods | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Wisconsin Energy Corp. | A | Dividend | | | Sold | 07/13/12 | J | C | |
| 239. Wynn Resorts | A | Dividend | | | Sold | 12/31/12 | J | | loss |
| 240. Xcel Energy | A | Distribution | J | T | | | | | |
| 241. Yandex | A | Dividend | J | T | | | | | |
| 242. ▓▓▓▓▓▓▓▓▓ | D | Distribution | | | Sold | 02/01/12 | K | D | LIQUIDATED |
| 243. Apple, Inc. | | | | | | | | | |
| 244. AT&T | | | | | | | | | |
| 245. BHP Billiton Ltd ADR | | | | | | | | | |
| 246. Boeing Company | | | | | | | | | |
| 247. Caterpillar, Inc. Del | | | | | | | | | |
| 248. Celgene Corp. Com | | | | | | | | | |
| 249. Chesapeake Energy Okla | | | | | | | | | |
| 250. Cisco Systems, Inc. Com | | | | | | | | | |
| 251. Coca-Cola Com. | | | | | | | | | |
| 252. Costco Wholesale Corp | | | | | | | | | |
| 253. CVS Caremark Corp. | | | | | | | | | |
| 254. Diageo PLC SPSD ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. Exxon Mobil Corp. Com | | | | | | | | | |
| 256. General Electric | | | | | | | | | |
| 257. Ishares MSCI Malaysia | | | | | | | | | |
| 258. Johnson & Johnson Com | | | | | | | | | |
| 259. JP Morgan Chase & Co. | | | | | | | | | |
| 260. Kaydon Corp. | | | | | | | | | |
| 261. Lafarge ADR New | | | | | | | | | |
| 262. Marathon Oil Corp. | | | | | | | | | Not with asset line 205 |
| 263. Medtronic, Inc. Com | | | | | | | | | |
| 264. MEDMC Electr Matls Inc. | | | | | | | | | |
| 265. Noble Corp. Namen-AKT | | | | | | | | | |
| 266. Northrop Grummon Corp. | | | | | | | | | |
| 267. Novaris ADR | | | | | | | | | |
| 268. Nucor Corp | | | | | | | | | |
| 269. Oracle Corp. $0.01 Del | | | | | | | | | |
| 270. Petrleo Bras Vtg. SPD ADR | | | | | | | | | |
| 271. Potash Corp. Saskatchewan | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. Seaspan Corp. | | | | | | | | | |
| 273. Thermo Fisher Scientific | | | | | | | | | |
| 274. Towne Bank | | | | | | | | | Not with asset line 226 |
| 275. Transocean Ltd. | | | | | | | | | |
| 276. Vale SA | | | | | | | | | |
| 277. Vasco Data Security Intl | | | | | | | | | |
| 278. Verizon Comm. | | | | | | | | | |
| 279. Vestas Wind Systems | | | | | | | | | |
| 280. Zimmer Holdings, Inc. | | | | | | | | | |
| 281. Zoltek Cos Inc. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 10/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1.

2.

3.

4.

5.

6.

7.

8.  Line 132.  Textron was sold on November 28, 2011 and inadvertently omitted from the 2011 Report.

9.

10.        Investment Club Listings.  The assets of this investment club were liquidated and totally disposed of in February 2012.  Therefore, no listings for this will be reported in the 2013 report filed next year.

11.  Line 77.  ITT Corporation was purchased on 12/31/2011 and was inadvertently omitted from the 2011 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544